# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1495

MAXIM INTEGRATED PRODUCTS, INC.,

                Plaintiff-Appellee,

v.

BRANCH BANKING AND TRUST COMPANY,

                Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 12-CV-0369, Judge Richard A. Schell.

Authorized Abbreviated Caption[2]

MAXIM INTEGRATED PRODUCTS V BRANCH BANKING AND TRUST CO., 2013-1495

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.