Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MAXIM INTEGRATED PRODUCTS, INC., v. BRANCH BANKING AND TRUST COMPANY

No. 2013-1495

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:   Branch Banking and Trust Co.
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name:               Douglas Hallward-Driemeier
Law firm:           Ropes & Gray LLP
Address:            700 12th Street, NW Suite 900
City, State and ZIP: Washington, DC 20005
Telephone:          202-508-4776
Fax #:              202-508-4650
E-mail address:     douglas.hallward-driemeier@ropesgray.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): March 23, 2010

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

7/19/13
Date

*(signature)*
Signature of pro se or counsel

cc: Philip William Marsh

123

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 19, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. A courtesy copy of the foregoing was sent via U.S. Mail and electronic mail to the following individual(s):

>Philip William Marsh
>Agility IP Law
>149 Commonwealth Drive
>Menlo Park, CA 94025

/s/ Douglas Hallward-Driemeier